# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIFORMED PROFESSIONAL FIRE
FIGHTERS ASSOCIATION OF CONNECTICUT,
ET AL.,

            V.                  **SUMMONS IN A CIVIL CASE**

**3M COMPANY, ET AL.,**

       CASE NUMBER: **3:24–CV–01101–AWT**

   TO: **3M Company, Chemours Company, Chemours Company FC, LLC, Corteva, Inc., Dupont De Nemours, Inc., EIDP, Inc., Elevate Textiles, Inc., Fire–Dex GW, LLC, Gentex Corporation, Globe Manufacturing Company, LLC, Honeywell Safety Products USA, Inc., InterTech Group, Inc., Lion Group, Inc., Milliken & Company, Morning Pride Manufacturing L.L.C., PBI Performance Products, Inc., Safety Components Fabric Technologies, Inc., StedFast USA, Inc., W.L. Gore & Associates, Inc.**
Defendant's Address:

   A lawsuit has been filed against you.

   Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Ian Wise Sloss**
**Silver Golub & Teitell LLP**
**One Landmark Square, 15th Floor**
**Stamford, CT 06901**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – A D Gaskins
---

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2024–06–28 16:16:51**, Clerk USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc: