**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIFORMED PROF'L FIRE FIGHTERS ASS'N OF CONNECTICUT, et al., | |
| Plaintiffs, | |
| v. | CASE NO. 3:24-CV-01101 (AWT) |
| 3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY), et al., | June 23, 2025 |
| Defendants. | |

**DEFENDANTS THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., DUPONT DE NEMOURS, INC., AND EIDP, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants The Chemours Company[1], The Chemours Company FC, LLC, Corteva, Inc., DuPont de Nemours, Inc., and EIDP, Inc. (together, "Moving Defendants") move, pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(2), to dismiss Plaintiffs' Second Amended Complaint in its entirety. Today, Defendants Honeywell International, Inc., Honeywell Safety Products USA, Inc., and other Defendants, filed a Motion to Dismiss Plaintiffs' Corrected Second Amended Complaint (ECF No. 245); the Moving Defendants adopt and incorporate by reference the arguments and authorities cited therein (including all exhibits) seeking dismissal of all of Plaintiffs' claims *Id*. The Moving Defendants separately move to dismiss all of Plaintiffs' claims under FRCP 12(b)(2) for lack of personal jurisdiction.

In support of this Motion, the Moving Defendants submit the accompanying memorandum of law and its attached exhibits.

---

[1]    Misnamed in the Second Amended Complaint as "Chemours Company, L.L.C."

**ORAL ARGUMENT**
**REQUESTED**

Wherefore, for the reasons set forth in the Moving Defendants' memorandum of law, the

Moving Defendants respectfully request that the Court grant their Motion to Dismiss.

Dated: June 23, 2025                                    Respectfully submitted,

                                                         /s/ James D. Geisler
                                                        James D. Geisler (ct31447)
                                                        Shook, Hardy & Bacon LLP
                                                        185 Asylum Street
                                                        City Place I, Suite 3701
                                                        Hartford, CT 06103
                                                        Telephone: 860-515-8901
                                                        Facsimile: 860-515-8911
                                                        JGeisler@shb.com

                                                        Amy M. Crouch (admitted *pro hac vice*)
                                                        Brent Dwerlkotte (admitted *pro hac vice*)
                                                        Zachary Scott Beach (admitted *pro hac vice*)
                                                        SHOOK HARDY & BACON LLP
                                                        2555 Grand Boulevard
                                                        Kansas City, MO 64108
                                                        Telephone: 816-474-6550
                                                        Facsimile: 8186-421-5547
                                                        amcrouch@shb.com
                                                        dbdwerlkotte@shb.com
                                                        zbeach@shb.com

                                                        **Counsel for Defendants EIDP, Inc.,**
                                                        **DuPont De Nemours, Inc.,**
                                                        **The Chemours Company, Chemours**
                                                        **Company FC, LLC, and**
                                                        **Corteva, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 23, 2025, a true and correct copy of the foregoing was electronically filed using the Court's electronic filing system.

*/s/James D. Geisler*
James D. Geisler
