UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIFORMED PROFESSIONAL FIRE FIGHTERS ASSOCIATION OF CONNECTICUT, et al<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY), et al<br><br>Defendants. | Case No.: 3:24-cv-01101-AWT<br><br><br><br>May 22, 2026 |

**JOINT STATUS REPORT CONCERNING JURISDICTIONAL DISCOVERY DISPUTE**

Pursuant to this Court's Order dated May 19, 2026 (ECF No. 402), counsel for Plaintiffs and undersigned Defendants have continued the meet-and-confer process to resolve or narrow disputes concerning the scope of jurisdictional discovery.  The parties report that progress has been made and that, following the holiday weekend, the parties intend to engage in additional conferral in a good-faith attempt to resolve or narrow the remaining issues.  Accordingly, the parties propose to file a further Joint Status Report on May 27, 2026, advising whether briefing is necessary.  The parties further propose that, to facilitate such conferrals, the Court allow the parties until June 3, 2026, to submit any necessary briefing for the Court's consideration.

DATED:  May 22, 2026                                    Respectfully submitted,


*/s/James D. Geisler*                                         */s/ Jennifer Sclar*
James D. Geisler (ct31447)                         Jennifer Sclar (ct31554)
SHOOK, HARDY & BACON LLP               SILVER GOLUB & TEITELL LLP
185 Asylum Street                                        One Landmark Sq., 15th Floor.
City Place I, Suite 3701                                 Stamford, CT 06901

Hartford, CT 06103
Telephone: 860-515-8901
Facsimile: 860-515-8911
JGeisler@shb.com

Amy M. Crouch (admitted pro hac vice)
Brent Dwerlkotte (admitted pro hac vice)
Zachary S. Beach (admitted pro hac vice)
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 8186-421-5547
amcrouch@shb.com
dbdwerlkotte@shb.com
zbeach@shb.com

*Counsel for Defendants EIDP, Inc.,
DuPont De Nemours, Inc., The
Chemours Company, Chemours
Company FC, LLC, and Corteva, Inc.*


*/s/ Matthew D. Thurlow*
Matthew D. Thurlow (admitted *pro hac
vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: (202) 739-5895
Fax: (202) 739-3001
matthew.thurlow@morganlewis.com

Christopher M. Wasil (ct28578)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Phone: (860) 240-2700
Fax: (860) 240-2701
christopher.wasil@morganlewis.com

*Counsel for Defendant Gentex
Corporation*

*/s/ Timothy P. Jensen*
Michael T. McCormack (ct13799)

Tel. (203) 325-4491
isloss@sgtlaw.com
jsclar@sgtlaw.com

Kyle J. McGee (*pro hac vice*)
GRANT & EISENHOFFER P.A.
123 S. Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
kmcgee@gelaw.com

*Attorneys for Plaintiffs*

*/s/ James F. Bogan III*
James F. Bogan III (*pro hac vice*)
Georgia Bar No. 065220
Bennett T. Richardson (*pro hac vice*)
Georgia Bar No. 974586
KILPATRICK TOWNSEND &
  STOCKON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6467
Facsimile: (404) 541-3133
jbogan@ktslaw.com
btrichardson@ktslaw.com

Fatima Lahnin (ct24096)
CARMODY TORRANCE SANDAK &
  HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
flahnin@carmodylaw.com

*Counsel for Defendant Southern Mills, Inc.
d/b/a Tencate Protective Fabrics*


*/s/ Jason R. Benton*
Jason R. Benton (NC State Bar No. 27710)
*Admitted Pro Hac Vice*
PARKER POE ADAMS &
  BERNSTEIN LLP

2

Timothy P. Jensen (ct18888)
O'SULLIVAN MCCORMACK JENSEN
  & BLISS PC
180 Glastonbury Blvd., Suite 210
Glastonbury, CT 06033
Phone: (860) 258-1993
Fax: (860) 258-1991
mmccormack@omjblaw.com
tpjensen@omjblaw.com

*Attorneys for Defendants The InterTech
Group Inc. and PBI Performance
Products, Inc.*

620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000 - Phone
(704) 334-4706 - Facsimile
jasonbenton@parkerpoe.com

Robert Osborne, Esq. (SC State Bar No.
101827)
*Admitted Pro Hac Vice*
PARKER POE ADAMS &
  BERNSTEIN LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
(843) 727-2662 - Phone
robertosborne@parkerpoe.com

Anthony J. Natale (ct08451)
Angela M. Vickery-Davis (ct30708)
NATALE & WOLINETZ
116 Oak Street
Glastonbury, CT 06033
860-430-1802 - Phone
anatale@natalelawfirm.com
avickery@natalelawfirm.com

*Counsel for Defendants Elevate Textiles, Inc.
and Safety Components Fabric Technologies,
Inc.*

3